IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOBBY SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>FAITH REGIONAL HEALTH SERVICES, and STEPHEN SMITH, M.D.;<br><br>    Defendants. | 8:19CV210<br><br>**SHOW CAUSE ORDER** |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has not filed a return of service indicating service on Defendant Faith Regional Health Services or Defendant Stephen Smith, M.D., and Defendants have not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until September 5, 2019 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 15th day of August, 2019.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge