IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY COULON, as Personal Representative of Estate of Bobby Smith; <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN SMITH, M.D.; <br><br> Defendant. | 8:19-CV-210 <br><br> JUDGMENT |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice. Filing 60. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear its own fees and costs.

Dated this 5th day of January, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge